UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULES WAGUESPACK** | **CIVIL ACTION** |
| **VERSUS** | **10-692** |
| **PLIVIA USA, INC., BARR PHARMACEUTICALS, INC., ACTIVIS INC., and ACTAVIS ELIZABETH LLC, TEVA PHARMACEUTICALS USA, INC.** | **SECTION "S" (3)** |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, PLIVA, Inc. and Teva Pharmaceuticals USA, Inc., and against the plaintiff, Jules Waguespack, **DISMISSING** the complaint.

New Orleans, Louisiana, this __4th__ day of November, 2011.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**